**Electronically Filed**
**Supreme Court**
**SCPW-12-0000399**
**06-JUN-2012**
**02:03 PM**

NO. SCPW-12-0000399

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CEDRIC AH SING, Petitioner,

vs.

THE HONORABLE STEVEN S. ALM, JUDGE OF THE CIRCUIT
COURT OF THE FIRST CIRCUIT, STATE OF HAWAI'I, Respondent.

---

ORIGINAL PROCEEDING
(S.P.P. NO. 11-1-0035)

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ. and
Circuit Judge Wilson, in place of Duffy, J., recused)

Upon consideration of petitioner Cedric Ah Sing's petition for a writ of mandamus, the respondent judge's answer, and the record of S.P.P. No. 11-1-0035, it appears that the petition for post-conviction relief and motion for appointment of counsel filed in S.P.P. No. 11-1-0035 was disposed of on May 10, 2012. Petitioner's request for mandamus relief is moot. Therefore,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied as moot.

DATED: Honolulu, Hawai'i, June 6, 2012.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Simeon R. Acoba, Jr.
/s/ Sabrina S. McKenna
/s/ Michael D. Wilson

